IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
(Garland Division)

| | | |
|---|---|---|
| LACHICA KING | § | |
|     Plaintiff | § | |
| | § | |
| | § | Civil Action No. |
| v. | § | 3:11-CV-00138 |
| | § | |
| CACHE, INC. | § | |
|     Defendants | § | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Cache, Inc. files this Disclosure Statement with the court clerk as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Defendant Cache, Inc. is a for profit corporation with its principal place of business in New York, New York.

2. Defendant, Cache, Inc. has no parent corporation, and no publicly held company owns ten percent or more of Cache, Inc.'s stock.

Respectfully submitted,

OPPENHEIMER, BLEND, HARRISON & TATE, INC.

_/S/ REESE L. HARRISON, JR._
Reese L. Harrison, Jr.
State Bar No. 09131000
711 Navarro, Suite 600
San Antonio, Texas 78205
Telephone: (210) 224-2000
Facsimile: (210) 224-7540

Counsel for Defendant, Cache, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and by certified mail, return receipt requested to the following:

>N. Sue Allen
>Allen Law Firm
>2200 Forest Park Blvd., Suite 107
>Fort Worth, Texas 76110

>／s／ *REESE L. HARRISON, JR.*
>Reese L. Harrison, Jr.