IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
(Dallas Division)

| | | |
|---|---|---|
| LACHICA KING | § | |
| Plaintiff | § | |
| | § | |
| | § | Civil Action No. |
| v. | § | 3:CV-11-00138-P |
| | § | |
| CACHE, INC. | § | |
| Defendants | § | |

## AMENDED CORPORATE DISCLOSURE STATEMENT

Defendant, Cache, Inc. files this Amended Corporate Disclosure Statement with the court

clerk as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1.     Defendant Cache, Inc. is a for profit corporation with its principal place of

business in New York, New York.

2.     Defendant, Cache, Inc. has no parent corporation, and no publicly held company

owns ten percent or more of Cache, Inc.'s stock.


Respectfully submitted,

OPPENHEIMER, BLEND, HARRISON & TATE, INC.


_____/S/ REESE L. HARRISON, JR._____

Reese L. Harrison, Jr.
State Bar No. 09131000
711 Navarro, Suite 600
San Antonio, Texas  78205
Telephone: (210) 224-2000
Facsimile:  (210) 224-7540

Counsel for Defendant, Cache, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing and by certified mail, return receipt requested to the following:

        N. Sue Allen
        Allen Law Firm
        2200 Forest Park Blvd., Suite 107
        Fort Worth, Texas 76110

                                           /S/ *REESE L. HARRISON, JR.*
                                         Reese L. Harrison, Jr.