IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
(Dallas Division)

| | | |
|---|---|---|
| LACHICA KING | § | |
|     Plaintiff | § | |
| | § | |
| | § | Civil Action No. 3:CV-11-0138-P |
| v. | § | |
| | § | |
| CACHE, INC. | § | |
|     Defendant | § | |

## ORDER ON DEFENDANT'S MOTION
## FOR LEAVE TO FILE AMENDED ANSWER

On this date, came on for consideration Defendant, Cache, Inc.'s. Motion for Leave to File Defendant's First Amended Answer.

The Court GRANTS the motion and allows the Defendant to file the amended answer.

**IT IS SO ORDERED.**

Signed this 20th day of May, 2011.

JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE