IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LACHICA KING<br>    Plaintiff | § § § | |
| | § | Civil Action No. 3:CV-11-0138-P |
| v. | § § | |
| CACHE, INC.<br>    Defendant | § § | |

## ORDER ON DEFENDANT'S FOR MOTION FOR SUMMARY JUDGMENT

After considering Defendant Cache, Inc.'s Motion for Summary Judgment, the response, and pleadings and all other evidence on file, the court FINDS that there is no genuine issue of material fact on any of Plaintiff's claims.

Therefore, the court GRANTS Defendant's Motion for Summary Judgment and all claims brought by Plaintiff LaChica King are DISMISSED with prejudice.

SIGNED on _____, 20_.

_____
U.S. DISTRICT JUDGE JORGE SOLIS